UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARLENE STOLLINGS,

    Plaintiff,

v.                                        No. 5:20-CV-250-H

TEXAS TECH UNIVERSITY, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 51. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on August 11, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE